## MOEY SEGAL *v.* LEONOR MIDVIDY SEGAL

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 17 (AC 19485), is denied.

*William C. Franklin,* in support of the petition.

*Brian McCormick,* in opposition.

Decided October 10, 2001

## MOEY SEGAL *v.* LEONOR MIDVIDY SEGAL

The defendant's cross petition for certification for appeal from the Appellate Court, 65 Conn. App. 17 (AC 19485), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the money judgment rendered in the defendant's favor in Nevada is unenforceable in this state, despite the plaintiff debtor's failure to comply with General Statutes § 52-606 (a), which requires proof that he has furnished security for the satisfaction of the Nevada judgment on appeal as required by Nevada law?"

The Supreme Court docket number is SC 16604.

*Brian McCormick,* in support of the cross petition.

*William C. Franklin,* in opposition.

Decided October 10, 2001

## STATE OF CONNECTICUT *v.* JOHN WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 449 (AC 19526), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.